PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Diamond Good<br>105 N 1st St,<br>San Jose, CA, 95113<br>TELEPHONE NO: 4024031644  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): In Pro Per | **FILED**<br>SEP 2 8 2022<br>Clerk of the Court<br>Superior Court County of Santa Clara<br>BY_____DEPUTY<br>D. ALFARO |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 191 N 1st Street
MAILING ADDRESS: 191 N 1st Street
CITY AND ZIP CODE: San Jose, CA, 95113
BRANCH NAME: Superior Court, Civil Division

PLAINTIFF: Diamond Good
DEFENDANT: Google LLC et al.
☐ DOES 1 TO _____

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☒ AMENDED (Number): 1
Type (check all that apply):
☐ MOTOR VEHICLE   ☒ OTHER (specify): General Negligence
  ☐ Property Damage   ☐ Wrongful Death
  ☐ Personal Injury   ☐ Other Damages (specify):

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded ☐ does not exceed $10,000
                  ☐ exceeds $10,000, but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

CASE NUMBER: 22CV401942

1. Plaintiff (name or names): Diamond Good
   alleges causes of action against defendant (name or names): Google LLC, Meta Platforms, Inc., AirBnb, Inc., WhatsApp LLC, Hipcamp, Inc., Air France-KLM Group
2. This pleading, including attachments and exhibits, consists of the following number of pages: 13 pages
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courts.ca.gov

PLD-PI-001

| SHORT TITLE: Diamond Good V. Google LLC et al. | CASE NUMBER: 22CV401942 |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): Google LLC
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☑ except defendant (name): AirBnb, Inc.
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☑ except defendant (name): Meta Platforms, Inc
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☑ except defendant (name): WhatsApp LLC
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☑ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants (specify Doe numbers): _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☑ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: Diamond Good V. Google LLC et al. | CASE NUMBER: 22CU401942 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☑ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☐ hospital and medical expenses
    d. ☐ general damage
    e. ☐ property damage
    f. ☐ loss of earning capacity
    g. ☑ other damage *(specify)*: Rental income loss, potential career and thus wage loss, defamation of character; future business income loss

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.
    Yes

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☑ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☐ according to proof
       (2) ☑ in the amount of: $ 99,223

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*: All paragraphs, so paragraphs 1,2,3,4,5,6,7,8,9,10,11,12,13

Date: September 28, 2022

Diamond Good
(TYPE OR PRINT NAME)

▶ Diamond Good
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007] — COMPLAINT—Personal Injury, Property Damage, Wrongful Death — Page 3 of 3

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [Print this form]   [Save this form]   [Clear this form]

In Lieu of ATTACHMENT 5

Case Name: Diamond Good v. Google LLC et al.   Case #: 22CV401942

1  Question 5 on "COMPLAINT - Personal Injury, Property Damage,
2  Wrongful Death" continued ---
3
4  5. Each defendant named above is a natural person
5  e. [✓] except defendant (name): Hipcamp, Inc.
6      (1) [ ] a business organization, form unknown
7      (2) [✓] a corporation
8      (3) [ ] an unincorporated entity (describe):
9      (4) [ ] a public entity (describe):
10     (5) [ ] other (specify):
11
12
13  f. [✓] except defendant (name): Air France-KLM Group
14     (1) [ ] a business organization, form unknown
15     (2) [✓] a corporation
16     (3) [ ] an unincorporated entity (describe):
17     (4) [ ] a public entity (describe):
18     (5) [ ] other (specify):
19
20  September 28, 2022
21  Diamond Good          Diamond Good
22
23
24
25

Pleading Title: _____          Page 6 of 6 of COMPLAINT

| | MC-025 |
|---|---|
| SHORT TITLE: Diamond Good V. Google LLC et al. | CASE NUMBER: 22CV401942 |

**ATTACHMENT** (Number): 5

*(This Attachment may be used with any Judicial Council form.)*

Good day Your Honor. To the best of my knowledge, this problem started when a former client Christina Glaser Hall tried to get a refund by making false claims. When she did not get the refund, and I refused to provide further services to her, she got annoyed and told her acquaintances and friends, and they all united to ruin me financially, socially, and in other ways. They eventually contacted and induced people at companies whose services I utilized so they could more effectively monitor my business and personal correspondence, and ruin me financially; as well as distort the things I said in private to acquaintances, and shared these intentionally distorted versions of my comments and actions with others, for the purpose of spreading hate, as well as to derail my income generation plans and activities, and have people carry out hate acts on me. While I do not purport to have the popularity or celebrity status of Justin Bieber or Trump - and neither do I wish to, given I prefer to live a private life - I will use them for illustration purposes. My experience is akin to when Americans were annoyed with Justin Bieber years ago and thousands joined a group requesting Justin Bieber be deported from the United States, just because they were annoyed with Justin Bieber. This is also akin to when the tech companies kept taking down Trump's posts and shutting down Trump's accounts. This is not to say Trump's accounts shouldn't have been shut down, I am just using this to illustrate how thousands and even millions of Americans can gang up on and maltreat someone they do not like. On August 8 2022, I was at a library at San Bernardino, and a young man approached me and we started talking about life and its problems. Initially the young black male acted as if our meeting is random, but eventually however he informed me that they do not like how outspoken I am; that as a woman I must be more submissive, that my ability to generate income is essentially stalled and I should just enjoy each day the best I can. He said the gang stalking and gang violence is real and he himself experienced it. He said not everyone will be allowed to be financially successful and some will be ruined; and that I have pissed off a lot of people. He asked if I go to places and people randomly pop up as if stalking me and I said yes. He said even he himself when he was ruined, a friend of his was used to spread lies about him in-order to ruin him. That there is a new world order and that people get pop ups on their phone telling them what to do, and then they eventually get paid to do it. I said I just want to be able to succeed in my new business endeavors and have the hategroup leave me alone, and he messaged someone on his phone and told me to just enjoy each day as it is, as there are consequences for not conforming, and I am going to continue to suffer, as they want me ruined. While walking to the young guy's car, we came across a black woman who said she herself was ruined for speaking up against certain things that were going on in law enforcement. I sent the library in question a request to produce the camera footage and audio that recorded my conversation with the young man - since I could not find a business that was willing to allow me use them as a Deposition Officer to obtain a subpoena ordering the library to produce said camera footage - but the library staff did not respond. Now while these may all sound too crazy to be true, they are in fact true. And once the defendants produce the data, documents and things in my account (I have sent all 6 defendants a request for production of documents and things, and requested they allow me access to view, copy, and videotape the data, documents, and things pertaining to all of my accounts) in the defendants' organizations, this will be shown to be true.

WhatsApp LLC and Meta Platforms, Inc.
In May of 2022, I signed up for an account with Facebook. I joined some RV Park Groups and made some advertisement posts, (to rent land space for RV owners to park and reside) just as some others that were part of the group did. 3 people responded to the posts on the same day that I made the posts. One said I am very interested in this. You see the price I was renting the space for is quite low and thus

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 7

*(Add pages as required)*

| | MC-025 |
|---|---|
| SHORT TITLE: Diamond Good V. Google LLC et al. | CASE NUMBER: 22CV401942 |

**ATTACHMENT** *(Number):* 5

*(This Attachment may be used with any Judicial Council form.)*

understandably appeals to many, especially given it is in Arizona that has a reasonably warm weather. Another asked for where to find more information re the rental space and I gave her links to my Airbnb so she can look at the listing, and also book the space. Not too long after that, facebook disconnected my account on the same day. So I decided to use an old facebook account that I have had for over a decade, and have tried to have facebook deactivate - in the past - to no avail. I figured since facebook had always refused to delete my Bla Good named account (I changed the name in May of 2022, but it was Bla Good for a long time) because of the accounts longevity, it is best to use that account. So I logged into said facebook account and made some posts advertising the private RV Park rental space I was renting. I updated my profile picture to show the new land in Arizona, as soon as I added the picture of the land in Arizona to my profile picture, facebook locked this Facebook account as well. I later created yet another facebook account and everytime I made posts regarding renting the Arizona rental space, facebook suspended my account. At one point I was at a library in Wilcox, Arizona, and the moment facebook suspended and locked me out of my account, the guy working as a librarian there laughed, he then walked over to me and stared at me quickly before walking off. It was as if he knew what was going on and wanted to physically examine my personal reaction. When I was in Phoenix, Arizona, I met a guy who seemed quite knowledgeable about my Facebook activities, even though for years I had my privacy setting modified so only I can see any posts I make. It wasn't until May of 2022 that I changed the setting for new posts so no one would see or know about any posts I made on my facebook account. The Phoenix guy was annoyed about certain things I'd said about Black people and seemed pissed off about facebook posts where I said Black people are trifling, and not united, and consume but do not produce. These are in-fact some of the posts I used to make. Yet another in Miami asked me if I believe in Malcolm X so much and have his posters on my facebook account, then why do I refuse to help the Nigerians who asked for my financial assistance, and asked me to engage in fake marriages with them or their relatives, and take them abroad, i.e. to Canada or the United States. It isn't actually that I hate Black people, it is just that I have had so many Black people who should treat me positively treat me negatively, and that eventually colored my perception of Black people, and made me start keeping to myself and avoid associating with many Black people. I had an older man stop me in the same Phoenix, at a bus stop to ask why I said on my WhatsApp that Canada is a very racist place. He said if I think so then I shouldn't be Canadian. I asked how he knew and he laughed and asked me " where are you from? You are not Canadian ". Yet others in Miami were annoyed that I refused to take their black brothers - when they asked — abroad. One specifically mentioned the Haitian guy from my whatsapp chat whom my chat showed me telling him off and refusing to assist him travel to Canada through a fake marriage or by setting him up with someone from Canada to take him abroad through a fake marriage. He mentioned the black guys on my whatsapp who asked for assistance to go abroad that I refused to help. Whatsapp utilized — along with Google — my phone's microphone and listened to the conversations I made in the privacy of my apartment, as well as listened to the conversations around me in-order to identify my location. Whatsapp did this for nefarious purposes, as it wanted to know where I was in-order to have people carry out hate acts on me, as well as to be conversant of any business plans I have, so WhatsApp and the other hategroup members can ruin those plans. This is in addition to Whatsapp using the presence of its app on my phone to listen to phone calls so Whatsapp and the rest of the hategroup can ruin my business plans, as well as listen to the things I say so they can modify negatively what I say, share it, and have others carry out hate acts on me. Whatsapp not only listened to my phone calls and read my correspondence so that Whatsapp and the rest of the hategroup (which includes Google LLC et al. and their supporters) can carry out hate acts on me, Whatsapp and the rest of the hate group made this information available to others. A gentleman in Florida gave me a ride on the day I

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page __2__ of __7__

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

| | MC-025 |
|---|---|
| SHORT TITLE: Diamond Good V. Google LLC et al. | CASE NUMBER: 22CV401942 |

**ATTACHMENT** *(Number):* 5

*(This Attachment may be used with any Judicial Council form.)*

arrived in Canal Point to go to a nearby campground in Kanner Highway, Florida. He picked me up initially, acting as if it was just a random pickup. On my way back to the camp in Kanner Highway, after I'd picked up some items at the convenience store on Canal Point he gave me a ride to, he told me that " they " were annoyed with me because of the job I have. I asked him what job I have and he expounded. This same guy told me about the comments I made on facebook and on whatsapp that pertain to Trump, and he was quite offended about these comments. When I asked him how he knew what I said in private he just laughed and said nothing.

Air France-KLM Group
Air France-KLM Group's role was to keep me in Nigeria where I was in danger. I had several attempts to run me over in Nigeria, and when I tried to leave Nigeria, Air France cancelled my flight's booking on the day of my flight, even though I did not ask Air France to cancel my booking. Air France did however send me an email saying I can ask one of their employees at the airport to re-instate my flight booking. However when I asked Air France-KLM Group employees at the airport in Nigeria to reinstate my flight booking and re-charge me for the flight cost I'd paid, I was told they will not. I called Air France-KLM Group and when I gave the first person my flight's booking reference number, he hung up on me right away. When I called again, I spoke with someone who asked for my booking reference number. I gave him my booking reference number, and he did not hang up, but he said nothing and must have left because I ended up with dead air for a significant period of time. I called again and again and no one picked up. I eventually called and someone picked up and asked for my booking reference number, and when I gave it to him, he said I am scheduled to fly today. I said I received an email saying my flight ticket has been cancelled, and that the airport staff refused to allow me through as they said my flight ticket has been cancelled and the money refunded back to me (the money did not show up in my account until days later, which almost caused me to be stranded that day, and had me change my travel location semi last minute to Paraguay). He said he will check the notes connected to my flight's booking reference. After checking the notes he came back and said he will connect me to someone who can help, but then he connected me to something that just rang with no response. When I asked the Air France-KLM airport staff again for help, they just laughed and refused to re-book my flight. Eventually I ended up paying for another flight ticket (to travel on the same plane and time, as there were still available spots on the plane, and thus there was no need for my flight booking to be cancelled) that cost over or close to 2/3rd of the cost of the original flight ticket. Even the day Air France-KLM Group informed me they will not refund the cost difference between my original ticket and the newly booked ticket was in itself quite telling. It was the day I had one of their hategroup members replace my Samsung phone ' s screen, after Google LLC used its web admin powers to lock me out of my phone (so I had to replace my phone screen to regain access to my phone). Air France-KLM sent me the message informing me they won't refund the extra flight cost I incurred, to punish me for having their hategroup member in Paraguay fix my phone's screen for free. Air France-KLM Group ' s job was to cancel my flight to keep me in Nigeria so I would be hurt, or if I decided to leave the country anyway, to help ruin me even more financially by forcing me to pay higher new flight ticket cost to leave Nigeria.

Hipcamp, Inc. and AirBnb, Inc
Hipcamp and AirBnb were used to sabotage my business plans. They had my account set up in a way to prevent potential clients from easily having access to my listings to book. Many RV Rental Space that offer hookups charge at least $500 or more per month for RV Rental Space. Those who like me offer no hookups charge around $300 per month. This would have made my rental space for rent more appealing to the budget

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 3 of 7

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

| | MC-025 |
|---|---|
| SHORT TITLE:<br>Diamond Good V. Google LLC et al. | CASE NUMBER:<br>22CV401942 |

**ATTACHMENT** *(Number):* 5

*(This Attachment may be used with any Judicial Council form.)*

conscious consumer who is looking for a cheap RV Rental Lot/Park/Land that is in a relatively warm climate, and is close to shops, and a town or city. Mine is just minutes from shops in sunny small town Wilcox. But because both Hipcamp and Airbnb have my accounts set up to ensure I would not have clients book my rental space, I have not been able to benefit from bookings. The only exception is the time a woman booked my airbnb listing for one day months ago, but I believe this was just because the hategroup wanted to use the booking to induce me to come online (so they can continue to track me and carry out hate acts on me), after I took off the sim card from my phone and turned off my phone, while heading out of Paraguay to Brazil in an effort to avoid the hate acts; spying; financial, psychological, and social ruining; and tracking of me that was going on. The internal notes around the time the one customer booked and cancelled would be particularly helpful in showing Airbnb support staff were asked to engage in actions and inactions regarding my airbnb listings/account in a way that is different from the way airbnb treats similar listings, accounts, and hosts. One might wonder if this might be due to my having a bad prior hosting experience with airbnb and hipcamp, and if that is why they are acting in this manner, but I have no prior hosting relationship - or any prior relationship at all - with hipcamp, and re airbnb, most of my reviews on airbnb - including when I listed a property years ago on airbnb - are actually positive.

Google LLC
Google LLC engaged in negligence when it allowed its employees to have access to the personal and business data of billions of people, as well as tools that can spy on and monitor people, and yet failed to have efficient check and balances in place to prevent its employees from taking advantage of their access to the data of billions, and tools that can spy on and ruin businesses and their owners. Some months ago, I bought a cheap (it cost $999, so ~$1000) land in Arizona to use in generating income. The landzero staff I first spoke with seemed excited to have me buy the land, and called me back to give me details of the land and tell me why the land is a good purchase. I later went to the landzero website and paid for the land. The purchasing receipt was automatically sent to my gmail. Since then the tone from the next landzero staff I spoke with changed. The landzero staff could not stop telling me issues pertaining to the land, and suggesting purchasing the land back. One of these days included the day I was scheduled to receive my new bank card from CIBC to replace my soon to be expired bank card. I will elaborate on this story later. Once, I emailed the landzero staff Steve saying that I hope to do more business (land purchasing) with him in the future, and Steve's email to me on sunday saying "Thanks Diamond, we hope to have you as a repeat customer as well. I'll have your land package to you by email on Monday." did not show up until Tuesday, days after Steve had sent the email. When the message finally showed up, it didn't show up as black the way an unread and new message would, but it was greyed out as if already read by someone. Even more curious, on Wednesday when I took a screenshot of the message Steve sent on Sunday, that showed up on Tuesday, as soon as I took the screenshot - using my Samsung phone of which Google and WhatsApp had permissions to access the screenshots and data on my phone - I received yet another message from Steve saying "Morning Diamond, Sorry that message yesterday was sent over the weekend but somehow my phone delivered it yesterday. Overall, your deed is notarized and with the county now. Soon as it is recorded I will send the stamped deed your way". To add to the argument that Google took advantage of its access to my phone (every data on my Samsung phone is accessible to Google because Google owns the Android operating system, and because google play services - once enabled - sees everything we do on our phone, and can hear, and modify anything on our phone, even without our knowledge). To add to these curious events, the members of the hategroup kept emailing me using gmail to request business services, claiming they obtained my email (gmail) from my website. The problem is even during the weeks I'd deleted gmail

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 4 of 7

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

MC-025

| SHORT TITLE: Diamond Good V. Google LLC et al. | CASE NUMBER: 22CV401942 |
|---|---|

**ATTACHMENT (Number):** 5

*(This Attachment may be used with any Judicial Council form.)*

~~on Monday." did not show up until Tuesday, days after Steve had sent the email. When the message finally showed up, it didn't show up as black the way an unread and new message would, but it was greyed out as if already read by someone. Even more curious, on Wednesday when I took a screenshot of the message Steve sent on Sunday, that showed up on Tuesday, as soon as I took the screenshot - using my Samsung phone of which Google and WhatsApp had permissions to access the screenshots and data on my phone - I received yet another message from Steve saying "Morning Diamond, Sorry that message yesterday was sent over the weekend but somehow my phone delivered it yesterday. Overall, your deed is notarized and with the county now. Soon as it is recorded I will send the stamped deed your way". To add to the argument that Google took advantage of its access to my phone (every data on my Samsung phone is accessible to Google because Google owns the Android operating system, and because google play services - once enabled - sees everything we do on our phone, and can hear, and modify anything on our phone, even without our knowledge). To add to these curious events, the members of the hategroup kept emailing me using gmail to request business services, claiming they obtained my email (gmail) from my website. The problem is even during the weeks I'd deleted gmail~~ from the website in question, and replaced it with protonmail, I still kept getting emails from the hategroup members through gmail. You see they wanted the messages to be through gmail because Google LLC is one of the hategroup members, and whenever they want the information they sent to me to disappear, all they had to do is snooze or delete the emails from my account internally using google's internal platform and staff. And if that would raise suspicions, then they would find a reason to lock my gmail accounts the way google did some weeks ago, before my lawsuit filing made Google LLC staff change tactics and allow me access to my google accounts. The hategroup members emailed me to request business services because they wanted constant communication with me, so they could use the IP Address of the internet I use to communicate with them to track my location, so they can continue to have hate acts carried out on me, and be able to physically spy on me as well, to ensure they're able to effectively ruin me. To add to these evidence, the hate group members when they sign up for service insisted I keep gmail app on my phone, and utilize it to correspond with them and anyone who contacts me re the business services they signed up for. Yet another evidence is the hategroup members (such as Sarah Smith, Aparna Timblo, and others) knew of the content of scheduled emails I hadn't even sent yet, and sent me emails with comments that responded to the scheduled but not yet sent gmail messages, thus causing me to cancel many scheduled gmail messages, as they were already responded to even before I sent them. Yet another is that of Clive Spence - one of the hategroup members - whom I emailed (gmail) on August 9th, on August 15th, and on August 18th at 8am, and received no response; but 11 minutes after I cancelled his website service (at 14:52pm, on August 18, 2022, close to 7 hours after my last email to him which he again ignored), and an email from wix informing me of the cancellation was sent to my gmail account, I suddenly received a message from Clive saying "Thank you for all that you have done, could you cancel the service please." to which I responded with "Interesting timing, I cancelled the renewals 11 mins ago. Figured since you didn't respond to my text which you must have seen, you must not want to renew. So I cancelled it earlier than usual so I won't forget. So sure it's cancelled. Thanks for the update. They will all work still until their expiry dates in a few days then they'll stop working. Thanks." To add to the pile of evidence is, in June of 2022, as I was taking a photo of one of the guys in Paraguay that the hategroup used to physically spy on me, as well as carry out hate acts on me, google used its web admin powers - through google play services - and locked me out of my phone. I had to go replace my phone screen with a different screen in-order to regain access to my phone, and to the data on my phone, and be able to use my phone again. Yet another evidence is when I sent a message to Google LLC on May 20, 2022 complaining about others having access to my google data and using it to ruin me, no one from google responded on that May 20th 2022 date (I received an automatic message saying they have received my message and my message is in the queue, etc.).

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 5 of 7

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

MC-025

| SHORT TITLE: Diamond Good V. Google LLC et al. | CASE NUMBER: 22CV401942 |
|---|---|

**ATTACHMENT** (Number): 5

*(This Attachment may be used with any Judicial Council form.)*

However, on May 26, 2022, as I was taking reminder notes and screenshots of evidence on my phone, and stated on the note that Google is a member of the hategroup and that I will take action to hold Google responsible for its wrong doings, one of the guys the hategroup used to sabotage me in Paraguay came over and stared at me across the glass entrance door of my apartment in Paraguay, as I sat on my apartment floor and wrote about Google and the other hategroup members actions. He then messaged someone, and about a minute or so after he messaged someone and walked away, I received a gmail/response from Google staff - on May 26, 2022 - responding to my May 20, 2022 email. Yet another evidence is when I went out; I was out all day, the moment I rounded the corner of the road leading to my apartment in Paraguay several hours later, and the same guy from the May 26, 2022 event above saw me, he bent a bit to message someone on his phone, just seconds later, Aparna Timblo one of the hategroup members emailed (gmail) me. Yet another evidence involves Angelo, an American who owns a business as an immigration consultant in Cape Verde, and resides in Cape Verde. I chatted with Angelo on several occasions through expat.com. Angelo was quite accommodating and gave me pertinent information regarding how to move to Cape Verde to buy land and start an AirBnb business. Things however took a turn for the worse when I emailed (gmail) Angelo. The first gmail Angelo did not respond to, but I did not worry because Angelo did respond to the message I sent on expat.com. The last message Angelo sent to me was quite interesting to say the least. In the email he acted as if I committed a crime and sneakily sent him messages so he wouldn't know I am the one sending him messages. The email was baffling because I did not know why he'd think I'd need to hide and sneak messages to him. Not to mention rather than being encouraging as he initially was, he appeared quite unenthused with my plan to come start an AirBnb business in Cape Verde. He acted as if he was watching out for my messages - so he could ignore them and not provide me with any assistance - but failed to recognize the messages that were mine until then. Given our interactions on expat.com was a positive one, it was surprising that Angelo acted this way. This last email in question that he sent, I can no longer find it on my gmail. I did not delete said email, so Google LLC must have, as I did add a note to myself on my phone to add Angelo's emails as evidence against Google LLC, to prove that all these show Google LLC and the other defendants are colluding to sabotage me. Because by turning Angelo against me (they saw the gmail messages and contacted Angelo), and using Angelo and Angelo's contacts at the Cape Verde immigration office to prevent my ability to enter Cape Verde (since they had Cape Verde's Immigration Officers place a block that prevented my ability to register online, and obtain the immigration paper I needed to enter Cape Verde), they prevented me from being able to invest in the airbnb business I planned to invest in, in Cape Verde. Given the typical per night charge (pre covid and post covid) in cape verde is $30 to $40 per night, by charging only $20 per night, I would have attracted a lot of customers, and would have been able over the years to add more and more studio/tiny houses and rent them. My plan was to use the money obtained from the AirBnb business to add one studio/tiny house every 6 months. In 2 to 3 years I planned on having at least 5 studio apartment/tiny houses built on top of each other, as a 5 level floor complex. After which I planned on building yet another 5 level floor studio apartments/tiny houses in another city in Cape Verde. After residing for 2 or 3 years in Cape Verde, I planned on having someone run the airbnb while I go for the child and family training program at a university in Texas that offers immediate employment upon successful completion of the program. My plan was with the proceeds from the airbnb, I would add more and more rental units in Cape Verde, and eventually another country, and live off of only the money I make from the employment reference business I ran before the hategroup ruined that business (which I do not mind as much because I did use questionable ways to help people get jobs; get apartments so they won't be homeless, etc.), and 2 to 3 years later live off of the money earned from the child and family services training program stipend, and later salary.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 6 of 7

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

| | MC-025 |
|---|---|
| SHORT TITLE: Diamond Good V. Google LLC et al. | CASE NUMBER: 22CV401942 |

**ATTACHMENT** *(Number):* 5

*(This Attachment may be used with any Judicial Council form.)*

But as part of their hate activities, I believe Google LLC et al. asked the university staff I emailed to tell me they aren't recruiting for non current child and family services staff, when the purpose of the CWEC program is to recruit and train non current child and family services staff. Google LLC et al. also caused me to lose money by ruining my business plans that involved renting out land to RV owners seeking land to rent in Arizona. Since potential clients have to send me messages through email or facebook, or call me, and Facebook and google delete messages from potential clients; and google play services as well as WhatsApp have access to my microphone, and thus hear the calls I make and receive, and are thus able to contact the callers and dissuade them from patronizing my service, in accordance with their plans to ruin me financially and in other ways, this makes it difficult to run any type of business. In addition, Google et al.'s hate activities have garnered me a lot of hate and induced many to not want to do anything that benefits me, which makes it difficult to run a business. For all the above reasons, Google LLC et al. owes me $99,223, as well as punitive damages, because of their ruining of my business plans, and their hate activities that have lifetime consequences, and will forever impair my chances of successfully running any kind of money making endeavor. Google LLC et al. All the defendants engaged in the tort of General Negligence when they allowed their employees to have access to my data and company tools - that they were able to use in ruining my business, and spreading hate to induce others to maltreat me – without effective oversight to ensure their staff do not use the data and tools at their disposal to hurt anyone. Because the hate spread has lifelong consequences, and the hate has prevented others from wishing to do business with me in any way, or do anything that seriously benefits me, I will never be able to generate income through any business I engage in, so in-order to be able to survive, I do need the defendants to compensate me financially for ruining my lifetime chances of generating income, and for spreading so much hate that I will never be able to make money through any business venture. This is why I am asking for $99,223 to manage with for the rest of my life. Google LLC et al. worked in concert with each other to ruin my plans to start an AirBnb business in Cape Verde; to start a private RV Park rental business in Arizona; and my plans to get a job with child and family services, amongst others. They also used the data they collected on me to spread hate and shared my data without my permission with others.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 7 of 7

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

PLD-PI-001(6)

| SHORT TITLE: Diamond Good V. Google LLC et al. | CASE NUMBER: 22CV401942 |
|---|---|

## Exemplary Damages Attachment

Page ___1___

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint

EX-1. As additional damages against defendant (name): Google LLC, Meta Platforms, Inc., AirBnb, Inc., WhatsApp LLC, Hipcamp, Inc., Air France-KLM Group

Plaintiff alleges defendant was guilty of
[ ] malice
[ ] fraud
[✓] oppression

as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant.

EX-2. The facts supporting plaintiff's claim are as follows:

Because by turning Angelo against me (they saw the gmail messages and contacted Angelo), and using Angelo and Angelo's contacts at the Cape Verde immigration office to prevent my ability to enter Cape Verde (since they had Cape Verde's Immigration Officers place a block that prevented my ability to register online, and obtain the immigration paper I needed to enter Cape Verde), they prevented me from being able to invest in the airbnb business I planned to invest in, in Cape Verde. Given the typical per night charge (pre covid and post covid) in cape verde is $30 to $40 per night, by charging only $20 per night, I would have attracted a lot of customers, and would have been able over the years to add more and more studio/tiny houses and rent them. My plan was to use the money obtained from the AirBnb business to add one studio/tiny house every 6 months. In 2 to 3 years I planned on having at least 5 studio apartment/tiny houses built on top of each other, as a 5 level floor complex. After which I planned on building yet another 5 level floor studio apartments/tiny houses in another city in Cape Verde. After residing for 2 or 3 years in Cape Verde, I planned on having someone run the airbnb while I go for the child and family training program at a university in Texas that offers immediate employment upon successful completion of the program. My plan was with the proceeds from the airbnb, I would add more and more rental units in Cape Verde, and eventually another country, and live off of only the money I make from the employment reference business I ran before the hategroup ruined that business (which I do not mind as much because I did use questionable ways to help people get jobs; get apartments so they won't be homeless, etc.), and 2 to 3 years later live off of the money earned from the child and family services training program stipend, and later salary. But as part of their hate activities, I believe Google LLC et al. asked the university staff I emailed to tell me they aren't recruiting for non current child and family services staff, when the purpose of the CWEC program is to recruit and train non current child and family services staff. Google LLC et al. also caused me to lose money by ruining my business plans that involved renting out land to RV owners seeking land to rent in Arizona. Since potential clients have to send me messages through email or facebook, or call me, and Facebook and google delete messages from potential clients; and google play services as well as WhatsApp have access to my microphone, and thus hear the calls I make and receive, and are thus able to contact the callers and dissuade them from patronizing my service, in accordance with their plans to ruin me

EX-3. The amount of exemplary damages sought is
   a. [ ] not shown, pursuant to Code of Civil Procedure section 425.10.
   b. [✓] $ 500,000

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev. January 1, 2007]

**Exemplary Damages Attachment**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(6)

| SHORT TITLE: Diamond Good V. Google LLC et al. | CASE NUMBER: 22CV401942 |
|---|---|

## Exemplary Damages Attachment     Page   2

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint

EX-1. As additional damages against defendant (name): Google LLC, Meta Platforms, Inc., AirBnb, Inc., WhatsApp LLC, HipCamp, Inc., Air France-KLM Group

Plaintiff alleges defendant was guilty of
- [ ] malice
- [ ] fraud
- [✓] oppression

as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant.

EX-2. The facts supporting plaintiff's claim are as follows:

financially and in other ways, this makes it difficult to run any type of business. In addition, Google et al.'s hate activities have garnered me a lot of hate and induced many to not want to do anything that benefits me, which makes it difficult to run a business. For all the above reasons, Google LLC et al. owes me $99,223, as well as punitive damages, because of their ruining of my business plans, and their hate activities that have lifetime consequences, and will forever impair my chances of successfully running any kind of money making endeavor. Google LLC et al. All the defendants engaged in the tort of General Negligence when they allowed their employees to have access to my data and company tools - that they were able to use in ruining my business, and spreading hate to induce others to maltreat me – without effective oversight to ensure their staff do not use the data and tools at their disposal to hurt anyone. Because the hate spread has lifelong consequences, and the hate has prevented others from wishing to do business with me in any way, or do anything that seriously benefits me, I will never be able to generate income through any business I engage in, so in-order to be able to survive, I do need the defendants to compensate me financially for ruining my lifetime chances of generating income, and for spreading so much hate that I will never be able to make money through any business venture. This is why I am asking for $99,223 to manage with for the rest of my life. Google LLC et al. worked in concert with each other to ruin my plans to start an AirBnb business in Cape Verde; to start a private RV Park rental business in Arizona; and my plans to get a job with child and family services, amongst others. They also used the data they collected on me to spread hate and shared my data without my permission with others.

EX-3. The amount of exemplary damages sought is
  a. [ ]  not shown, pursuant to Code of Civil Procedure section 425.10.
  b. [✓]  $ 500,000

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev. January 1, 2007]

**Exemplary Damages Attachment**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov