1  DOUGLAS SMURR (SBN: 133550)
   GORDON REES SCULLY MANSUKHANI, LLP
2  275 Battery Street, Suite 2000
   San Francisco, CA 94111
3  Telephone:  (916) 830-6532
   Facsimile:  (415) 986-8054
4
   Attorneys for Defendant,
5  Societe Air France

6

7                  **UNITED STATES DISTRICT COURT**

8                **NORTHERN DISTRICT OF CALIFORNIA**

9

10  DIAMOND GOOD,                          )   CASE NO. _____
                                           )
11                          Plaintiff,      )
                                           )   **CORPORATE DISCLOSURE**
12          vs.                             )   **STATEMENT OF DEFENDANT**
                                           )   **SOCIETE AIR FRANCE**
13  GOOGLE LLC; META PLATFORMS,            )
    INC.; AIRBNB, INC.; WHATSAPP LLC;       )
14  HIPCAMP,INC.; AND AIR FRANCE-KLM        )
    GROUP,                                  )
15                                          )
                                Defendants.  )
16

17          Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant SOCIETE AIR

18  FRANCE (incorrectly named as Air France-KLM Group) ("Air France") hereby submits its

19  Corporate Disclosure Statement and certifies, to the best of its knowledge, that SOCIETE AIR

20  FRANCE is a subsidiary of Air France-KLM Group, a publicly held company incorporated in

21  France.

22  Dated: September 28, 2022            GORDON REES SCULLY MANSUKHANI, LLP

23

24

25          By: _____

26              Douglas Smurr
                Attorneys for Defendant
27              SOCIETE AIR FRANCE

28

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

**CERTIFICATE OF SERVICE**

I am a citizen of the United States.  My business address is 3 Parkcenter Drive, Suite 200, Sacramento, California 95825.  I am employed in the City and County of Sacramento where this service occurs.  I am over the age of 18 years and not a party to the within action.  I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On September 29, 2022, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SOCIETE AIR FRANCE**

[**X**]     **MAIL:** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California to the offices of the addressee(s) listed below:

| | |
|---|---|
| Diamond Good<br>105 N. 1st Street<br>San Jose, CA  95113<br>T: 404-403-1644<br>***Plaintiff, In Pro Per*** | Koy Saechao<br>c/o CSC Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, #150N<br>Sacramento, CA  95833<br>***Authorized Agent for Defendant Google, LLC*** |
| Koy Saechao<br>c/o CSC Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, #150N<br>Sacramento, CA  95833<br>***Authorized Agent for Defendant Meta Platforms, Inc.*** | Koy Saechao<br>c/o CSC Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, #150N<br>Sacramento, CA  95833<br>***Authorized Agent for Defendant WhatsApp, LLC*** |
| Koy Saechao<br>c/o CSC Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, #150N<br>Sacramento, CA  95833<br>***Authorized Agent for Defendant Airbnb, Inc.*** | Amanda<br>c/o Incorporating Services, LTD.<br>7801 Folsom Blvd., #202<br>Sacramento, CA  95826<br>***Authorized Agent for Defendant Hipcamp, Inc.*** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 29, 2022, at Sacramento, California.

_____
VERONICA WHITAKER